IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIA G. AVILA,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v.<br>WALMART INC., WALMART INC.<br>d/b/a SAM'S WEST INC. d/b/a SAM'S<br>CLUB #8153, WALMART INC. d/b/a<br>SAM'S CLUB #8153, SAM'S WEST<br>INC., SAM'S WEST INC. d/b/a SAM'S<br>CLUB #8153, SAM'S EAST INC., and<br>SAM'S EAST INC. d/b/a SAM'S CLUB<br>#8153,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-23-CV-00447-RFC |

## ORDER DISMISSING CASE

Before the Court is the Parties' "Joint Stipulation to Dismiss All Claims with Prejudice" (ECF No. 28), filed on January 7, 2025. It is **HEREBY ORDERED** that the case is **DISMISSED WITH PREJUDICE**. All Parties shall bear their respective attorneys' fees and costs.

It is **FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this case.

**SO ORDERED** and **SIGNED** this 7th day of January, 2025.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**